UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- x
VICTORIANO TAVAREZ, Individually, and :
On Behalf of All Others Similarly Situated, :
: Case No. 1:21-cv-09773-JPO
              Plaintiff, :
: **STIPULATION OF DISMISSAL**
vs. :
:
DIET DIRECT, INC., :
:
              Defendant. :
:
:
:
:
--------------------------------------------------------- x

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: July 15, 2022         **MIZRAHI KROUB LLP**

                                        JOSEPH H. MIZRAHI
                                        JARRETT S. CHARO
                                        WILLIAM J. DOWNES
                                        200 Vesey Street, 24th Floor
                                        New York, NY  10281
                                        Telephone:  212/595-6200
                                        212/595-9700 (fax)
                                        jmizrahi@mizrahikroub.com
                                        jcharo@mizrahikroub.com
                                        wdownes@mizrahikroub.com

                                        *Attorneys for Plaintiff*

2

DATED: July 15, 2022

**GOLDBERG SEGALLA LLP (NJ))**

_____

Richard Allison Braden, III
902 Carnegie Center
St 100
Princeton, NJ 08540
(716) 566-5436
Fax: (716) 566-5401
Email: rbraden@goldbergsegalla.com

*Attorney for Defendant*

So ordered.
7/25/2022

_____
J. PAUL OETKEN
United States District Judge